## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| **Lieutenant Medaria Arradondo, Lieutenant Donald Harris, Sergeant Charles Adams, Sergeant Dennis Hamilton, and Lieutenant Lee Edwards,** | Court File No.:  07-CV-4736 |
| **Plaintiffs,** | |
| vs. | **MOTION** |
| **City of Minneapolis, the Minneapolis Police Department, and Timothy Dolan, an, individual,** | |
| **Defendants.** | |

Defendants move the Court, pursuant to Fed. R. Civ. P. Rule 12(f) to strike certain portions of the Amended Complaint as immaterial, impertinent or scandalous.

Dated:  12/20/07

JAY M. HEFFERN
City Attorney
By

s/Lisa Needham
JAMES A. MOORE
Assistant City Attorney
Attorney Reg. No. 16883X
LISA NEEDHAM
Assistant City Attorney
Attorney Reg. No. 0326999
333 South Seventh Street, Suite 300
Minneapolis, MN 55402-2453
(612) 673-2063

*Attorneys for Defendants*