# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# FOURTH DIVISION

| | |
|---|---|
| Lieutenant Medaria Arradondo, Lieutenant Donald Harris, Sergeant Charles Adams, Sergeant Dennis Hamilton, and Lieutenant Lee Edwards | Case Type:  Employment<br>Court File No.:  07-CV-4736 |
| Plaintiffs, | **AFFIDAVIT OF JOHN A. KLASSEN OPPOSING DEFENDANTS' RULE 12(f) MOTION TO STRIKE PLEADINGS** |
| v. | |
| City of Minneapolis, the Minneapolis Police Department, and Timothy Dolan, an, individual, | |
| Defendants. | |

STATE OF MINNESOTA   )
                    ) ss.
COUNTY OF HENNEPIN   )

John A. Klassen, being duly sworn, upon oath deposes and states as follows:

1. I am one of the attorneys representing Plaintiffs Lieutenant Medaria Arradondo, Lieutenant Donald Harris, Sergeant Charles Adams, Sergeant Dennis Hamilton, and Lieutenant Lee Edwards in the above-entitled matter.

2. This affidavit is submitted in opposition to Defendants' Rule 12(f) Motion to Strike Pleadings.

3. Attached hereto as Plaintiffs' Exhibit 1 is a true and correct copy of *Pabst Brewing Co., v. Jacobs*, 1982 WL 1370 (D. Minn.).

4. Attached hereto as Plaintiffs' Exhibit 2 is a true and correct copy of *Arnold v. Cargill, Inc.*, 2002 WL 1576141 (D. Minn.).

5. Attached hereto as Plaintiffs' Exhibit 3 is a true and correct copy of *Philip v. Ford Motor Co.*, 2001 WL 670834 (D. Minn.).

FURTHER THE AFFIANT SAYETH NAUGHT.

                                                          s/ __John A. Klassen__
                                                          JOHN A. KLASSEN

Subscribed and sworn to before me
this 23rd day of January, 2008.

s/ __Tammy Belka__
  Notary Public

My commission expires on January 31, 2012