UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lieutenant Medaria Arradondo,
et al.,

        Plaintiffs,

v.

City of Minneapolis,
the Minneapolis Police
Department, and Timothy Dolan,
as an individual,

        Defendants.

ORDER
Civil No. 07-4736 (MJD/SRN)

_____

John A. Klassen, John A. Klassen, P.A. and Andrew P. Muller, Muller & Muller, PLLC for and on behalf of Plaintiffs.

James A. Moore, Assistant City Attorney for and on behalf of Defendants.

_____

This matter is before the Court on Defendants' motion to strike portions of the Complaint. The Defendants argue that portions of the Complaint contain allegations that are impertinent, scandalous and have no bearing on the lawsuit and will prejudice the Defendants.

Rule 12(f) of the Federal Rules of Civil Procedure provide "The court may strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter."

Courts have liberal discretion in deciding whether pleadings or a portion thereof should be stricken.  <u>Stanbury Law Firm v. I.R.S.</u>, 221 F.3d 1059, 1063 (8th Cir. 2000).  "Despite this broad discretion however, striking a party's pleadings is an extreme measure, and, as a result, we have previously held that '[m]otions to strike under Fed. R. Civ. P. 12(f) are viewed with disfavor and are infrequently granted."  <u>Id.</u> (quotation omitted).

Given the standard to be applied, Defendants' burden is very high.  The Court has reviewed the entire Complaint and finds that Defendants have not met their burden for granting the extreme relief requested.

IT IS HEREBY ORDERED that Defendants' Motion to Strike [Doc. No. 5] is DENIED.  All nondispositive matters are hereby referred to Magistrate Judge Susan Richard Nelson.

Date: January 31, 2008

s / Michael J. Davis
Michael J. Davis
United States District Court
