## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Lieutenant Medaria Arradondo, Lieutenant Donald Harris, Sergeant Charles Adams, Sergeant Dennis Hamilton, and Lieutenant Lee Edwards,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>City of Minneapolis, the Minneapolis Police Department, and Timothy Dolan, an, individual,<br><br>　　　　Defendants. | File No.:  07-CV-4736 (MJD/SRN)<br><br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

_____

　　　　Defendants and Plaintiffs, acting by and through their undersigned attorneys of record, hereby stipulate that the Court may dismiss Plaintiffs' Complaint with prejudice and without costs to either party.

| | |
|---|---|
| Dated:  5/8/09 | Dated:  5/13/09 |
| **JOHN A. KLASSEN, PA** | **SUSAN SEGAL**<br>**Minneapolis City Attorney**<br>**By** |
| s/John A. Klassen<br>John A. Klassen, (No. 24434X)<br>700 Lumber Exchange Building<br>10 South Fifth Street<br>Minneapolis, MN. 55402<br>612-204-4533 | s/James A. Moore<br>James A. Moore (Atty. Reg. No. 16883X)<br>Lisa Needham (Atty. Reg. No. 0326999)<br>300 Accenture Tower<br>333 South 7th Street<br>Minneapolis, Minnesota 55402<br>(612) 673-2063 |
| **MULLER & MULLER, PLLC** | *Attorneys For Defendants City Of Minneapolis Police Department And Timothy Dolan* |
| s/Andrew P. Muller<br>Andrew P. Muller (No. 32467X)<br>3109 West 50th Street, No. 362<br>Minneapolis, MN. 55410-2102<br>(612) 604-5341 | |

*Attorneys For Plaintiffs*